Robert M. Cook (SBN 002628)
THE LAW OFFICES OF ROBERT M. COOK, PLLC
219 West Second Street
Yuma AZ 85364
Telephone: (928) 782-7771
Facsimile: (928) 782-7778
E-mail: robertmcook@yahoo.com
*Attorney for Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **In re:** | **In Proceedings Under Chapter 13** |
| **RAMON C. and FRANCISCA HEREDIA,** | **Case No. 0:09-bk-00869-EWH** |
| **Debtors.** | |
| **WELLS FARGO BANK, N.A.,** | **RESPONSE AND OBJECTION TO MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| **Movant,** | |
| **vs.** | |
| **RAMON C. and FRANCISCA HEREDIA, Debtors; RUSSELL A. BROWN, Respondents.** | **Re: Real Property located at 8329 Yavapai Lane Yuma, AZ 85364** |

Debtors/Respondents, Ramon C. and Francisca Heredia, by and through their undersigned counsel, hereby responds and objects to Movant, Wells Fargo Bank, N.A.'s Motion for Relief from the Automatic Stay, admits, denies and alleges as follows:

1. Responding to Paragraph 1, Debtors *admit* to each and every allegation contained therein.

2. Responding to Paragraph 2, Debtors *admit* to each and every allegation contained therein.

3. Responding to Paragraph 3, Debtors *admit* to each and every allegation contained therein.

4. Responding to Paragraph 4, Debtors *admit* to each and every allegation contained therein.

5.      Responding to Paragraph 5, Debtors *deny* each and every allegation contained therein.

6.      Responding to Paragraph 6, Debtors *deny* each and every allegation contained therein.

7.      Responding to Paragraph 7, Debtors *deny* each and every allegation contained therein as there has been an active potential loan modification in the process for approximately a year.

8.       Responding to Paragraph 8, Debtors *deny* each and every allegation contained therein.

9.      There is a Loan Modification that is being processed by the bank, Wells Fargo Bank and the Debtors at this time. To be eligible for the Loan Modification, Wells Fargo Bank instructed the Debtors to be behind in their payments before Wells Fargo Bank would even consider a processing any such Loan Modification. This Loan Modification was first initiated back in December 2008.

WHEREFORE, Debtors/Respondents, Ramon C. and Francisca Heredia,  requests this Court *deny* Movant's Motion for Relief from the Automatic Stay filed by Wells Fargo Bank, N.A.

RESPECTFULLY submitted this 12th day of November, 2009.

**LAW OFFICES OF ROBERT M. COOK, LLC**

By:   /s/ Robert M. Cook
              Robert M. Cook,
              *Attorney for Debtors*

COPY OF THE FOREGOING
electronically mailed/faxed to:

Russell Brown
ecfmailclient@ch13bk.com
*Ch 13 Trustee*

Mark Bosco @ Tiffany & Bosco, P.A.
via facsimile 602-255-0192
*Attorneys for Wells Fargo Bank*

COPY OF THE FOREGOING
mailed via USPS to:

Ramon and Francisca Heredia
8329 Yavapai Lane
Yuma, AZ 85364

By:   /s/Andrena Geiler